# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number:

I, _Ramon Perez_____, understand that in the

_____ District of _Maine_____, charges are pending

alleging violation of _21 USC § 841(a)(1), (b)(1)(A) and 846_ and that I have been

arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

LHEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(    ) identity hearing

(    ) preliminary examination

(    ) identity hearing and have been informed I have no right to a preliminary examination

( X ) identity hearing but request a preliminary examination be held in the prosecuting district _and reserve right to a detention hearing in the charging District_
and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

x _Ramon Perez_____
_Defendant_

_6 - 3 - 04_____                _Anny Fahnly_____
_Date_                              _Defense Counsel_