UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-1753-CBS
)
RAMON PEREZ, )
   a/k/a Martin LNU )
)
Defendant. )

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Greg Boucher, SA DEA, do hereby make oath before the Honorable Charles B. Swartwood III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding Criminal Complaint for one RAMON PEREZ, a/k/a Martin LNU concerning an alleged violation of the federal narctoics laws, Title 21 U.S.C. §846 (conspiracy to distribute more than 5 kilograms of cocaine), filed in the District of Maine, United States v. Ramon Perez, a/k/a Martin LNU, Mag. No. 04.62C, and I do hereby make oath that the aforementioned criminal complaint is outstanding in said District on the basis of the information set out above. A copy of said Criminal Complaint is attached.

GREG BOUCHER
SA DEA

Subscribed and sworn to before me this 3rd day of June, 2004

CHARLES B. SWARTWOOD, III
United States Magistrate Judge